UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY, | No. C 13-3564 MEJ |
| Plaintiff, | **SUA SPONTE REFERRAL TO DETERMINE RELATIONSHIP OF CASES** |
| v. | |
| SYLVESTER BRADFORD, | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), this matter is referred to the Honorable Richard Seeborg to determine whether it is related to the following case: *Deutsche Bank Trust Co. Americas as Trustee v. Bradford, et al.*, No. 12-cv-1977 RS, and *Deutsche Bank Trust Co. Americas as Trustee v. Bradford, et al.*, No. 13-cv-3020 RS.

**IT IS SO ORDERED.**

Dated: August 2, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY, | No. C 13-03564 MEJ |
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| v. | |
| SYLVESTER BRADFORD, | |
| Defendant(s). | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sylvester Bradford
6600 Brann
Oakland, CA 94605

Dated: August 2, 2013

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2