IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE,<br><br>        Plaintiff,<br><br>   v.<br><br>SYLVESTER BRADFORD,<br><br>        Defendant.<br>_____/ | No. C 13-3564 RS |
| DARRICK D. STERLING, SPIRIT AND SELF MINISTRIES, SYLVESTER BRADFORD, and YVONNE TIJERINO,<br><br>        Plaintiffs,<br><br>   v.<br><br>DEUTSCH BANK AMERICAS, MARILYN Y. RODRIQUEZ, SPRE, INC., GMAC MORTGAGE, CYPREXX CORPORATION, WOLF FIRM, KAYO MANSON-TOMKIN, ALAMEDA COUNTY SHERIFF, and ALAMEDA COUNTY COUNSEL,<br><br>        Defendants.<br>_____/ | No. C 14-00827 CW<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |

    Pursuant to Civil L.R. 3-12 (c), the undersigned sua sponte refers the above referenced cases to Judge Seeborg to consider whether they are related.

    IT IS SO ORDERED.

Dated: 2/28/2014

                                  _____
                                  CLAUDIA WILKEN
                                  United States District Judge